FILED

03/05/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0672

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0672

_____

CANDICE LOWE,

    Plaintiff and Appellant,

    v.

KEITH TREECE, and DOES 1-5,

    Defendant and Appellee.

_____

O R D E R

The record was filed for purposes of this appeal on December 31, 2019.  Nothing further has been filed, and the opening brief is now overdue.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file and serve the opening brief on appeal within 30 days of the date of this Order.  Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 5 2020